**TRAFLET & FABIAN**
ATTORNEYS AT LAW
Carriage Court Two
264 South Street
MORRISTOWN, NEW JERSEY 07960
(973) 631-6222

ATTORNEYS FOR Defendant
Barclays Bank Delaware

THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEAN C. KIELTY,<br><br>Plaintiff,<br><br>-vs-<br><br>BARCLAYS BANK DELAWARE,<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIV. – SPECIAL CIVIL PART<br>SMALL CLAIMS SECTION<br>HUNTERDON COUNTY<br><br>Docket No. SC-000159-12<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL TO STATE COURT** |

TO: Superior Court of New Jersey
Law Division – Special Civil Part
Small Claims Section
Hunterdon County Justice Center
65 Park Avenue
Flemington, NJ 08822

**SIR/MADAM:**

**PLEASE TAKE NOTICE** that on May 8, 2012, Defendant Barclays Bank Delaware, through its counsel, Traflet & Fabian, electronically filed a Notice of Removal Pursuant to 28

TRAFLET & FABIAN
Attorneys at Law
Carriage Court Two
264 South Street
Morristown, NJ 07960
(973) 631-6222
Fax (973) 631-6226

U.S.C. §1446(a) of the above-referenced action from the Superior Court of New Jersey, Law Division – Special Civil Part, Small Claims Section, Hunterdon County, in which it is now pending, to the United States District Court for the District of New Jersey. True and correct copies of the Notice of Removal Pursuant to 28 U.S.C. §1446(a) and the Affidavit of Filing and Service are attached hereto as **Exhibits A** and **B** respectively.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the United States District Court for the District of New Jersey, together with the filing of that Notice with the Clerk of this Court, effects the removal of the above-styled action to the United States District Court, and this Court may proceed no further unless and until the case is remanded.

TRAFLET & FABIAN

DEBRA M. ALBANESE
TRAFLET & FABIAN
264 South Street
Morristown, NJ 07960
(p) 973.631.6222
(f) 973.631.6226
dalbanese@trafletfabian.com

Attorneys for Defendant
Barclays Bank Delaware

Dated: May 8, 2012

TRAFLET &FABIAN
Attorneys at Law
Carriage Court Two
264 South Street
Morristown, NJ 07960
(973) 631-6222
Fax (973) 631-6226

# EXHIBIT A

**TRAFLET & FABIAN**
ATTORNEYS AT LAW
Carriage Court Two
264 South Street
MORRISTOWN, NEW JERSEY 07960
(973) 631-6222

ATTORNEYS FOR Defendant
Barclays Bank Delaware

THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEAN C. KIELTY,<br><br>Plaintiff,<br><br>-vs-<br><br>BARCLAYS BANK DELAWARE,<br><br>Defendant. | CIVIL ACTION NO.<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1446(a)**<br><br>(Document Electronically Filed) |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY:**

Petitioner/Defendant Barclays Bank Delaware ("Barclays"), by its attorneys, Traflet & Fabian, files this Notice of Removal pursuant to 28 U.S.C. §1446(a) of this action from the Superior Court of New Jersey, Law Division – Special Civil Part, Small Claims Section, Hunterdon County, in which it is now pending, to the United States District Court for the District of New Jersey.

TRAFLET & FABIAN
Attorneys at Law
Carriage Court Two
264 South Street
Morristown, NJ 07960
(973) 631-6222
Fax (973) 631-6226

1. Barclays is a named defendant in the matter entitled Sean C. Kielty v. Barclays Bank Delaware, Docket Number SC-000159-12, commenced in the Superior Court of New Jersey, Law Division – Special Civil Part, Small Claims Section, Hunterdon County by the filing of a Summons and Complaint (the "State Court Action"). A true and correct copy of the Summons and Complaint is attached hereto as **Exhibit A**.

2. The Complaint in the State Court Action was filed with the Clerk's Office of the Superior Court of New Jersey, Law Division – Special Civil Part, Small Claims Section, Hunterdon County vicinage, on April 26, 2012. Petitioner/Defendant Barclays received the Summons and Complaint on May 1, 2012. Barclays' notation of receipt is noted on the header of the Summons attached hereto as **Exhibit A**.

3. The Summons and Complaint represent all process and pleadings received by Barclays. To Barclays' knowledge no hearings or other proceedings have taken place in this action.

4. The State Court Action seeks damages against Barclays for its alleged violations of the federal Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.), the federal Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.) and the federal Fair and Accurate Credit Transaction Act (enacted as an amendment to the Fair Credit Reporting Act). (*See*: Complaint attached hereto as **Exhibit A**). Therefore, the State Court Action is an action over which this Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1681p.

5. Removal of the State Court Action is proper pursuant to 28 U.S.C. § 1441(b) because the State Court Action is founded on claims or rights arising under the Constitution, treaties or laws of the United States.

TRAFLET &FABIAN
Attorneys at Law
Carriage Court Two
264 South Street
Morristown, NJ 07960
(973) 631-6222
Fax (973) 631-6226

6. Barclays is filing this Notice of Removal within thirty (30) days of receipt by Barclays of the Summons and Complaint. The State Court Action may, therefore, be removed to this Court by Petitioner/Defendant pursuant to 28 U.S.C. § 1446(b).

7. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the District of New Jersey because the county from which the State Court Action is being removed lies within this District.

8. Concurrent with the filing of this Notice with the Court, Petitioner/Defendant Barclays has also provided written notice of the filing of the instant Notice to the Plaintiff *pro se* at the address listed on the Complaint in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. §1446(d).

**WHEREFORE,** Petitioner/Defendant Barclays requests that the foregoing action be removed from the Superior Court of New Jersey, Law Division – Special Civil Part, Small Claims Section, Hunterdon County, to the United States District Court for the District of New Jersey.

s/ Debra M. Albanese
DEBRA M. ALBANESE
TRAFLET & FABIAN
264 South Street
Morristown, NJ 07960
(p) 973.631.6222
(f) 973.631.6226
dalbanese@trafletfabian.com

Attorneys for Petitioner/Defendant
Barclays Bank Delaware

Dated: May 8, 2012

TRAFLET &FABIAN
Attorneys at Law
Carriage Court Two
264 South Street
Morristown, NJ 07960
(973) 631-6222
Fax (973) 631-6226

# EXHIBIT A




# THE SUPERIOR COURT OF NEW JERSEY

## Law Division, Special Civil Part

## SMALL CLAIMS SUMMONS

**YOU ARE BEING SUED!**

**IF YOU WANT THE COURT TO HEAR YOUR SIDE OF THIS CASE, YOU MUST APPEAR IN COURT. IF YOU DO NOT, THE COURT MAY RULE AGAINST YOU. READ ALL OF THIS PAGE AND THE NEXT PAGE FOR DETAILS.**

In the attached complaint, the person suing you (who is called *the plaintiff*) briefly tells the court his or her version of the facts of the case and how much money he or she claims you owe. **You are cautioned that if you do not come to court on the trial date to answer the complaint, you may lose the case automatically,** and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs. If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment and the judgment is valid for 20 years.

**You can do one or more of the following things:**

1. *Come to court to answer the complaint.* You do not have to file a written answer, but if you dispute the complaint and want the court to hear your side of the case, you must appear in court on the date and at the time noted on the next page.

**AND/OR**

2. *Resolve the dispute.* You may wish to contact the plaintiff's lawyer, or the plaintiff if the plaintiff does not have a lawyer, to resolve this dispute. **You do not have to do this unless you want to.** This may avoid the entry of a judgment and the plaintiff may agree to accept payment arrangements, which is something that cannot be forced by the court. You will have to appear in court on the trial date unless a written agreement is reached and filed with the court.

**AND/OR**

3. *Get a lawyer.* If you cannot afford to pay for a lawyer, free legal advice may be available by contacting Legal Services at 908-782-7979. If you can afford to pay a lawyer but do not know one, you may call the Lawyer Referral Services of your local county Bar Association at 908-735-2611.

If you need an interpreter or an accommodation for a disability, you must notify the court immediately.

**La traducción al español se encuentra al dorso de esta página.**

amy guenan

Clerk of the Special Civil Part




# EL TRIBUNAL SUPERIOR DE NUEVA JERSEY
División de Derecho, Parte Civil Especial

## NOTIFICACIÓN DE DEMANDA DE RECLAMACIONES MENORES

**¡LE ESTÁN HACIENDO JUICIO!**
**SI UD. QUIERE QUE EL TRIBUNAL VEA SU VERSIÓN DE ESTA CAUSA TIENE QUE COMPARECER EN EL TRIBUNAL. SI NO COMPARECE, PUEDE SER QUE EL TRIBUNAL DICTAMINE EN SU CONTRA. PARA LOS DETALLES, LEA TODA ESTA PÁGINA Y LA QUE SIGUE.**

En la demanda adjunta, la persona que le está haciendo juicio (que se llama *el demandante*) da al juez su versión breve de los hechos del caso y la suma de dinero que alega que Ud. le debe. **Se le advierte que si Ud. no viene al tribunal en la fecha del juicio, es posible que pierda la causa automáticamente** y el tribunal puede dar al demandante lo que pide más intereses y costas. Si se registra una decisión en contra de Ud., un Oficial de la Parte Civil (Special Civil Part Officer) puede embargar su dinero, salario o bienes muebles para pagar toda o parte de la adjudicación y la adjudicación tiene 20 años de vigencia.

**Usted puede escoger entre las siguientes opciones:**

1. *Venir al tribunal para contestar la demanda.* No hace falta que presente una contestación escrita, pero si Ud. disputa la demanda y quiere que el juez vea su versión de la causa, tiene que comparecer en el tribunal en la fecha y a la hora notadas en la página que sigue.

**ADEMÁS, O DE LO CONTRARIO, USTED PUEDE**

2. *Resolver la disputa.* Ud. posiblemente quiera comunicarse con el abogado del demandante, o el demandante si el demandante no tiene abogado, para resolver esta disputa. **No tiene que hacerlo si no quiere.** Esto puede evitar que se registre una adjudicación y puede ser que el demandante esté de acuerdo con aceptar un convenio de pago lo cual es algo que el juez no puede imponer. Tendrá que comparecer en el tribunal en la fecha del juicio a menos que se llegue a un acuerdo escrito que se registra en el tribunal.

**ADEMÁS, O DE LO CONTRARIO, USTED PUEDE**

3. *Conseguir un abogado.* Si Ud. no tiene dinero para pagar a un abogado, es posible que pueda recibir consejos legales gratuitos si se comunica con Servicios Legales (Legal Services) al 908-782-7979. Si tiene dinero para pagar a un abogado pero no conoce ninguo puede llamar a Servicios de Recomendación de Abogados (Lawyer Referral Services) del Colegio de Abogados (Bar Association) de su condado local al 908-735-2611.

Si necesita un intèrprete o alguna acomodación para un impedimento, tiene que notificárselo inmediatamente al tribunal.

[signature]

Secretario de la Parte Civil Especial

# FORM B
## SMALL CLAIMS SUMMONS AND RETURN OF SERVICE

**Plaintiff or Plaintiff's Attorney Information:**

Name: SEAN C. KIELTY 2012 APR -9 PM 12: 24

Address: P.O. Box 2282

Flemington, NJ 08822

Phone: (908) 246-6613

SEAN C. KIELTY

**Plaintiff(s)**

versus

Barclays Bank Delaware

**Defendant(s)**

**Defendant Information:**

Name: Barclays Bank Delaware

Address: PO Box 8803

Wilmington, DE 19899-8803

Phone: (866) 419-0881

**SUPERIOR COURT OF NEW JERSEY**

**LAW DIVISION, SPECIAL CIVIL PART**

Hunterdon **COUNTY**

65 Park Ave

Flemington, NJ 08822

**Docket Number:** SC 159-12

(to be provided by the court)

**Civil Action**

**SUMMONS**

**(Check one):** _____ **Contract** _____ **Tort**

| | |
|---|---|
| Demand Amount: | $ 3,000.00 |
| Filing Fee: | $ 15.00 |
| Service Fee: | $ 7.00 |
| Attorney's Fees: | $ 500.00 |
| TOTAL: | $ 3,522.00 |

**YOU MUST APPEAR IN COURT ON THIS DATE** May 14, 2012 **AND TIME:** 9:00 at ☒ a.m. ☐ p.m., **OR THE COURT MAY RULE AGAINST YOU.**

**REPORT TO:** Courtroom 5

2012 APR 19 AM 10: 36

**RETURN OF SERVICE** (For Court Use Only)

**COURT OFFICER'S RETURN OF SERVICE**
**IF SERVED BY COURT OFFICER**

Docket Number: ______________

Date: ______________ Time: ______________ WM___ WF___ BM___ BF___ OTHER___

HT____ WT____ AGE____ HAIR ____ MUSTACHE____ BEARD ____ GLASSES____

NAME: ______________ RELATIONSHIP: ______________

Description of Premises ______________

I hereby certify the above to be true and accurate:

______________
Court Officer

**IF SERVED BY MAIL:**

I, ______________, hereby certify that on ______________, I mailed a copy of the within summons and complaint by regular and certified mail-return receipt requested.

OCO
______________
Employee Signature

FORM A

SMALL CLAIMS COMPLAINT (Contract, Security Deposit, Rent, or Tort)

SUPERIOR COURT OF NEW JERSEY
LAW DIVISON, SPECIAL CIVIL PART
SMALL CLAIMS SECTION
Hunterdon County
Docket No. SC 159-12
(to be provided by the court)

2012 APR 19 AM 10: 36

SEAN C. KIELTY, Esq.
Attorney for Plaintiff (if any)
Address P.O. Box 2282, Flemington, NJ 08822
Telephone No.

**From Plaintiff**
Sean C. Kielty
Name
Address 49 Coppermine Village, Flemington, NJ 08822
lawoffice@seankielty.com
Telephone No. (908) 246-6613

**To Defendant**
Barclays Bank Delaware
Name
Address PO Box 8803
Wilmington, DE 19899-8803
Telephone No. (866) 419-0881

CIVIL ACTION
COMPLAINT

Check One – See Instruction A for Form A
☒ Contract
☐ Security Deposit
☐ Rent
☐ Personal Injury or Property Damage (other than motor vehicle)

2012 APR -9 PM 12: 24

COMPLAINT (See instruction B for form A)

Demand: $ 3,000.00 plus costs.

Type or print the reasons you, the Plaintiff(s), are suing the Defendant(s): Attach additional sheets if necessary.

Plaintiff alleges that Defendant, Barclays Bank Delaware, did violate his rights under the Fair Debt Collection Practices Act, FCRA 1681(e), specifically Section 623(a)(7) as amended by the Fair and Accurate Credit Transaction Act, which requires creditors to provide notification to the consumer 30 days prior to, and 30 days after negative information about the consumer is furnished to any credit reporting agencies, no fewer than 3 times. Each violation carries with it a penalty of up to $1000, as such, Plaintiff is seeking $3000 plus costs and resonable attorney's fees.

The basis for this private civil action can be found in Carlson v. TransUnion LLC 259 F. Supp. 2d 517 (2003), in which the court concluded that sections 1681n and 1681o provide for private causes of action under the FCRA.

2012 APR 25 AM 10:

**IMPORTANT:** Plaintiffs and defendants must bring all witnesses, photos, and documents, and other evidence to the hearing. Subpoena forms are available at the Clerk's office to require the attendance of witnesses.

At the trial Plaintiff will require:

An interpreter ☐ Yes ☒ No Indicate Language:

An accommodation for disability ☐ Yes ☒ No Indicate Disability:

I certify that the matter in controversy is not the subject of any other court action or arbitration proceeding, now pending or contemplated, and that no other parties should be joined in this action.

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

March 31, 2012
Date

[signature]
Your Signature

SEAN CHRISTOPHER KIELTY, Esq.
Your Name Typed or Printed

# EXHIBIT B

**TRAFLET & FABIAN**
ATTORNEYS AT LAW
Carriage Court Two
264 South Street
MORRISTOWN, NEW JERSEY 07960
(973) 631-6222

ATTORNEYS FOR Defendant
Barclays Bank Delaware

THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEAN C. KIELTY,<br><br>Plaintiff,<br><br>-vs-<br><br>BARCLAYS BANK DELAWARE,<br><br>Defendant. | CIVIL ACTION NO.<br><br>**AFFIDAVIT OF SERVICE AND FILING**<br><br>(Document Electronically Filed) |

DEBRA M. ALBANESE, of full age, being duly sworn according to law, upon her oath, deposes and says:

1. I am an attorney-at-law of the State of New Jersey, and the United States District Court for the District of New Jersey, and am associated with the firm of Traflet & Fabian, attorneys for Petitioner/Defendant Barclays Bank Delaware ("Barclays").

TRAFLET & FABIAN
Attorneys at Law
Carriage Court Two
264 South Street
Morristown, NJ 07960
(973) 631-6222
Fax (973) 631-6226

2. On May 8, 2012, I caused to be forwarded by electronic filing for filing on May 8, 2012 with the Clerk of the United States District Court for the District of New Jersey a Notice of Removal Pursuant to 28 U.S.C. § 1446(a), in electronic form, with respect to this action.

3. On May 8, 2012, I also caused to be forwarded by overnight courier for filing on May 9, 2012 with the Clerk of the Court, Law Division – Special Civil Part, Small Claims Section, Superior Court of New Jersey, Hunterdon County, a Notice of Filing of Notice of Removal with attached Notice of Removal Pursuant to 28 U.S.C. § 1446(a).

4. On May 8, 2012, I also caused to be served upon Plaintiff *pro se*, Sean C. Kielty, a Notice of Filing of Notice of Removal pursuant to 28 U.S.C. §1446(d), which included a true copy of the Notice of Removal Pursuant to 28 U.S.C. § 1446(a) and all supporting documents via overnight courier for delivery on May 9, 2012, to the following address:

Sean C. Kielty
49 Coppermine Village
Flemington, NJ 08822

TRAFLET &FABIAN
Attorneys at Law
Carriage Court Two
264 South Street
Morristown, NJ 07960
(973) 631-6222
Fax (973) 631-6226

DEBRA M. ALBANESE
TRAFLET & FABIAN
264 South Street
Morristown, NJ 07960
(p) 973.631.6222
(f) 973.631.6226
dalbanese@trafletfabian.com

Attorneys for Petitioner/Defendant
Equifax Information Services LLC

Sworn and subscribed to before me
this 8th day of May, 2012.

DAVID MICHAEL FABIAN
Attorney-at-law of the State of New Jersey

TRAFLET &FABIAN
Attorneys at Law
Carriage Court Two
264 South Street
Morristown, NJ 07960
(973) 631-6222
Fax (973) 631-6226